UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

ROCHE DIAGNOSTICS CORPORATION,
and ROCHE DIABETES CARE, INC.,

        Plaintiff(s),

v.

CHRISTOPHER F. SHAYA,

        Defendant(s).

Case No. 19-10264

Honorable Paul D. Borman

Magistrate Judge Elizabeth A. Stafford

## ORDER OF RECUSAL AND REASSIGNMENT

A review of the record has revealed cause for recusal of the undersigned district judge. Pursuant to 28 U.S.C. § 455(a), the Clerk is hereby directed to reassign this matter by blind draw to another district judge for further proceedings.

Date: March 4, 2024

s/Paul D. Borman
Paul D. Borman
U.S. District Judge

Pursuant to this order, this case is reassigned to District Judge Terrence G. Berg.
Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: March 4, 2024

s/N. Ahmed
Deputy Clerk