UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

ROCHE DIAGNOSTICS CORP. and
ROCHE DIABETES CARE, INC.,

          Plaintiffs,

v.

DONNIE E. DICKSTEIN, KENNETH G. FASSE, JAMES E. BINSON I, and CHRISTOPHER F. SHAYA,

          Defendants.

19 Civ. 10264 (TGB) (EAS)

**CONSENT JUDGMENT**

      On consent of Plaintiffs Roche Diagnostics Corp. and Roche Diabetes Care, Inc. (collectively, "Roche"), and Defendant Christopher Shaya ("Shaya"), it is hereby ORDERED, ADJUDGED, AND DECREED:

      1.    Judgment is entered against Shaya and in favor of Roche for one million ($1,000,000).

      2.    This action is hereby terminated, without costs or attorneys' fees to either party.

      3.    Signatures to this Consent Judgment transmitted electronically or by facsimile shall be deemed original.

                        {Signatures on following page}

Dated:      June 21, 2024

CONSENTED AND AGREED TO BY:

CHRISTOPHER F. SHAYA

*[signature]*

Christopher F. Shaya

PATTERSON BELKNAP WEBB & TYLER LLP

*[signature]*

By:   Aron Fischer
       afischer@pbwt.com
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
*Attorneys for Roche Diagnostics Corp.
and Roche Diabetes Care, Inc.*

SO ORDERED:

s/Terrence G. Berg
UNITED STATES DISTRICT JUDGE